UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEC H. FROMBERG,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF FRAMINGHAM, et al.,<br><br>Defendants. | Civil Action No.<br>15-14118-IT |

## ORDER

**TALWANI, D.J.**

Plaintiff Alec H. Fromberg initiated this civil rights action by filing a one-page complaint against the Framingham Police Department and the Town of Framingham. See Docket No. 1. With his complaint, he filed an Application to Proceed without Prepayment of Fees and Affidavit. See Docket No. 2.

On February 8, 2016, this Court granted plaintiff's motion for leave to proceed in forma pauperis, dismissed the Framingham Police Department as a defendant and directed plaintiff to demonstrate good cause why this action should not be dismissed or file an amended complaint. Mem. & Order, Docket No. 5. Additionally, the Court declined to exercise jurisdiction over the remaining potential state law claims for false arrest and false imprisonment.

The Court's records indicate that plaintiff has not filed either a show cause reply or an amended complaint within the 35-day time period required by this Court.

Based upon the foregoing, it is it is hereby ORDERED that the complaint is dismissed, pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), for the substantive reasons set forth in the February 8,

2016 Memorandum and Order.

**So ordered.**

                                                         /s/ Indira Talwani  
                                                         Indira Talwani  
                                                         United States District Judge

Dated:  May 6, 2016